IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CAROLYN BRAMLETT**                                                                                **PLAINTIFF**

VS.                            CASE NO. 2:06CV0003 JMM

**WEST HELENA HOUSING
AUTHORITY, ET AL.**                                                                                 **DEFENDANTS**

### ORDER

Defendant's Motion to Reconsider Order Granting Motion is denied (#27). Plaintiff shall have up to, and including, December 15, 2007, to respond to the pending Motion for Summary Judgment. Discovery deadlines remain the same as stated in the Scheduling Order of March 8, 2007. Any subsequent Scheduling Order issued by the Court will not alter these discovery or motions deadlines.

IT IS SO ORDERED THIS  5  day of November , 2007.

_____
James M. Moody
United States District Judge