# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**CAROLYN BRAMLETT**                                                         **PLAINTIFF**

**VS.**                      **CASE NO. 2:06CV0003 JMM**

**CITY OF WEST HELENA HOUSING AUTHORITY, INC., ET AL.**      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's claims against defendant are dismissed with prejudice.

IT IS SO ORDERED this   23    day of    January, 2008.


_____
James M. Moody
United States District Judge