IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**CAROLYN BRAMLETT**                                                                              **PLAINTIFF**

**VS.**                              **CASE NO. 2:06CV0003**

**CITY OF WEST HELENA HOUSING AUTHORITY, ET AL.**                    **DEFENDANTS**

**ORDER**

Plaintiff has filed a Motion for Consideration of the Court's January 23, 2008 Judgment which dismissed her case with prejudice based upon the merits of the case.

Plaintiff contends that (1) the Court erred by addressing the Motion for Summary Judgment when she had filed a Motion to Dismiss without prejudice; (2) defendants' response to her Motion to Dismiss was frivolous; (3) that other Motions to Dismiss without prejudice filed in other cases had been granted; (4) that the Court denied her due process; (5) that the defendants are not entitled to a default judgment; and (6) that plaintiff did not intend for her Motion to Dismiss to be a request for dismissal with prejudice.

Plaintiff has misread the Court's Order. Her Motion to Dismiss was denied. Defendant's Motion for Summary Judgment was granted. The Court finds that plaintiff received due process in that she was given notice of all pleadings and three months to respond to the pending Motion for Summary Judgment. Plaintiff chose not to respond and the Court ruled on the Motion for Summary Judgment.

The Motion to Reconsider is denied (#34).

IT IS SO ORDERED THIS   5   day of    February   , 2008.

_____
James M. Moody
United States District Judge